PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　Crim. No.　4:21CR00103-1

Daniel G. Raines

On July 20, 2021, the above named was placed on supervised release for a period of twelve months. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Ryan Powell
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 25th day of May, 2022.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia